PROB 12C
(7/93)

*(DMC)*

# United States District Court

## for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Gary D Grieser

**Docket Numbers:** 99-00310-01
**PACTS Number:** 23319

**Name of Sentencing Judicial Officer:**  Honorable Alfred M. Wolin
United States District Judge

**Date of Original Sentence:** 03/28/2001

**Original Offense:** Fraud by Wire (2 counts); Frauds and Swindles; Misuse of Social Security Number (12 counts); Bank Fraud; Obstruction of Justice (2 counts)

**Original Sentence:**  Imprisonment - 57 months (concurrent); Supervised Release - 3 years; Special Assessment - $1,750.00; Restitution - $1,547,127.96.

**Type of Supervision:** Supervised Release           **Date Supervision Commenced:** 02/09/07

**Assistant U.S. Attorney:** Alan Leiberman (99-310), 970 Broad Street, Room 502, Newark, New Jersey 07102, (973) 645-2700

**Defense Attorney:** To Be Assigned, 972 Broad Street, 2nd Floor, Newark, New Jersey 07102, (973) 645-6347

---

### PETITIONING THE COURT

[  ]  To issue a warrant
[X]  To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the supervision condition which states 'As a condition of supervision, you are instructed to pay restitution in the amount of $1,547,127.96 to the Clerk's Office; it shall be paid in the following manner: in installments of $500 per month.' |
| | The offender has failed to make any payments since February 2007. The offender indicated he did not have the ability to pay and was directed to make good-faith payments of at least $25.00 per month, while the Probation Office conducted its financial investigation in conjunction with the Financial Litigation Unit of the U.S. Attorney's Office and the Criminal Investigations Unit of the Internal Revenue Service. The offender failed to make good-faith payments as directed. |
| 2 | The offender has violated the supervision condition which states 'You shall report to the probation officer as directed by the Court or probation officer, and shall submit a truthful and complete written report within the first five days of each month.' |

PROB 12C - Page 2
Gary D Grieser

The probation officer believed the offender was making an effort to submit good-faith payments, due to his inability to pay the $300.00 per month payment, as ordered by the Court. He submitted copies of money order receipts with his monthly reports, payable to the Clerk's Office for monthly payments of $25.00 toward his special assessment and restitution. These were submitted between December 2008 and August 2009. When the Probation Office contacted the Clerk's Office for the special assessment and restitution balances, it was discovered that there was no record of any payments. The offender was then confronted by the probation officer, at which time he admitted that he purchased money orders to make payments, but would later cash them in order to apply the money toward other household expenses. He never forwarded any payments to the Clerk's Office.

I declare under penalty of perjury that the foregoing is true and correct.

By: Monica G. Martin
U.S. Probation Officer
Date: 01/20/2010

---

THE COURT ORDERS:

[ ] The Issuance of a Warrant
[X] The Issuance of a Summons. Date of Hearing: _FEB. 24, 2010 @ 11:00 A.M._
[ ] No Action
[ ] Other

Signature of Judicial Officer

1-29-10
Date

Dennis M. Cavanaugh
U.S. District Judge