```
                UNITED STATES DISTRICT COURT
                   DISTRICT OF NEW JERSEY
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL 99cr310 |
| v. | : | |
| | : | ORDER |
| GARY GRIESER | : | |

The financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel,

It is on this 24th day of February 2010,

O R D E R E D that RICHARD COUGHLIN, Federal Public Defender for the District of New Jersey by Lorraine Gauli-Rufo, Esq. is hereby appointed to represent said defendant in this cause until further order of the Court.

Further Ordered that if defendant does in fact have assets which are discovered after trial, defendant will be required to reimburse the government for the cost of counsel.

```
                            S/DENNIS M. CAVANAUGH
                              DENNIS M. CAVANAUGH
                           United States District Judge
```

cc: Defendant
    Federal Public Defender
    United States Attorney