

**U.S. Department of Justice**

United States Attorney
District of New Jersey

---

RACHAEL A. HONIG
ACTING UNITED STATES ATTORNEY

*Jordan M. Anger*
*Assistant United States Attorney*

*970 Broad Street, Suite 700*        *main:  (973) 645-2700*
*Newark, New Jersey 07102*           *direct: (973) 645-2829*
jordan.anger@usdoj.gov               *fax:    (973) 645-3210*

August 13, 2021

**VIA ECF**
Clerk of the Court
United States District Court
District of New Jersey
Martin Luther King Building &
United States Courthouse
50 Walnut Street
Newark, New Jersey 07101

> Re:    *United States v. Gary Grieser*
>        Criminal No. 99-310

Dear Clerk of the Court:

I am an Assistant United States Attorney assigned to the Asset Recovery Money Laundering Unit and I am responsible for the enforcement and collection of the restitution that was ordered in the above-referenced case. The United States respectfully submits this letter to request that Clerk of the Court reassign this matter to a District Judge.

The United States intends to a file a motion in this matter in furtherance of its responsibility to enforce the ordered restitution. The matter was previously assigned to Judge Dennis M. Cavanaugh.

Accordingly, the United States respectfully requests that the Clerk of the Court reassign this matter to a new District Judge. Thank you for your attention to this matter.

Respectfully submitted,

RACHAEL A. HONIG
Acting United States Attorney

By:    *s/ Jordan M. Anger*
       JORDAN M. ANGER
       Assistant United States Attorney