UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>GARY GRIESER,<br><br>Defendant. | Criminal Number: 99-310 (BRM)<br><br>**ELECTRONICALLY FILED**<br><br>Hon. Brian R. Martinotti,<br>United States District Judge |

# **TURNOVER ORDER**

**WHEREAS** this Court entered a Judgement in a Criminal Case on March 28, 2001, which, among other things, required Defendant Gary Grieser (Defendant) to pay mandatory Restitution in the amount of $1,544,377.70 (plus interest) to the victim and a Special Assessment of $1,750.00;

**AND WHEREAS** a Restitution balance of approximately $2,124,219.90 remained unpaid as of September 16, 2021;

**AND WHEREAS** pursuant to 18 U.S.C. § 3613(c), entry of final judgment created a lien on all of Defendant's property and rights to property;

**AND WHEREAS** the United States may use any authorized federal or state procedure to enforce the judgment. 18 U.S.C. § 3613(a), (f);

**AND WHEREAS** on or about October 12, 2001, the Federal Bureau of Investigation (FBI), executed a Federal Warrant, that had been issued under District of New Jersey (DNJ) criminal number: 01-648, at the Long Branch Housing Authority (LBHA) for the account or accounts of the Defendant's company, Capital Assets. Pursuant to that Warrant, the LBHA issued a check that was payable to the United States Marshal Service (USMS), in the amount $7,845.00. The LBHA

provided that USMS check to the FBI.

**AND WHEREAS** on or about October 25, 2001, the FBI turned over the LBHA $7,845.00 check to the USMS-DNJ;

**AND WHEREAS** the USMS-DNJ has maintained custody of that $7,845.00 (Asset ID No: 02-FBI-000024) since on or about October 25, 2001.

**IT IS** on this  12TH  day of  NOVEMBER  2021,

**ORDERED** that the USMS-DNJ remit to the Clerk for the District of New Jersey, 402 East State Street, Room 2020, Trenton, New Jersey 08608 the sum of $7,845.00 (minus any fees), for distribution to the victims owed Restitution. Defendant shall be credited with payment towards the Restitution Order.

_____
Hon. Brian R. Martinotti
United States District Judge